**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         Raleigh Jordan v. The State of Texas

Appellate case number:      01-13-00775-CR; 01-13-0776-CR

Trial court case number:     1329597; 1329598

Trial court:                         209th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to execute an amended certification of appellant's right to appeal.  On June 10, 2014, the trial court clerk filed a supplemental clerk's record containing an amended certification showing that appellant has the right to appeal and containing an order appointing Charles Hinton to represent appellant.  Accordingly, we REINSTATE this case on the Court's active docket.

Appellant may file an amended brief, if any, by no later than July 28, 2014.  *See* TEX. R. APP. P. 38.7.  No motions to extend this deadline will be granted.  Unless an amended brief is filed by July 28, 2014, we will consider the appeal on the issues or points raised in appellant's brief filed on May 12, 2014.

The State's brief, if any, is ORDERED to be filed by the earlier of 30 days from the date appellant's amended brief is filed or August 25, 2014.

It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                    ☒   Acting individually      ☐ Acting for the Court

Date:  June 23, 2014